# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 22-1096V

ASHLEY MACALISTER,

      Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

      Respondent.

Chief Special Master Corcoran

Filed: December 18, 2023

*Jonathan Joseph Svitak, Shannon Law Group, P.C., Woodridge, IL, for Petitioner.*

*Michael Joseph Lang, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On August 25, 2022, Ashley MacAlister filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration (SIRVA) resulting from a tetanus vaccination she received on September 17, 2021. Petition at 1. The case was assigned to the Special Processing Unit (SPU) of the Office of Special Masters.

On December 11, 2023, Respondent filed a combined Rule 4(c) report and proffer on award of compensation ("Proffer"). On December 18, 2023, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. In the Proffer, Respondent indicated that Petitioner should be awarded $85,000.00 in pain and suffering. Proffer at 10. Respondent also proffers that Petitioner should be awarded funds to satisfy the State of Montana Medicaid lien in the amount of $5,129.83. *Id.* at 2. In the Proffer,

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Respondent represented that Petitioner agrees with the proffered award. *Id.* at 1-2. Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the Proffer, **I award Petitioner the following compensation:**

1.  **A lump sum payment of $85,000.00 in the form of a check payable to Petitioner, Ashley MacAlister.**

2.  **A lump sum payment of $5,129.83, representing compensation for satisfaction of a State of Montana Medicaid lien, payable jointly to Petitioner and the Montana Department of Health and Human Services, and mailed to:**

DPHHS Montana Medicaid
P.O. Box 202953
Helena, MT 59620

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.